UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSEPH CARELLO,
             Plaintiff,

                                                                          Civil Action
     v.                                                        2:24-cv-03543-NJC

COMMISSIONER OF SOCIAL SECURITY,        (Choudhury, J.)
             Defendant.
------------------------------------------------------X

**STIPULATION AND ORDER FOR REMAND**

       The parties, through their attorneys, hereby stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Remand is necessary to further evaluate the evidence. The parties agree that on remand, the Commissioner will offer the plaintiff the opportunity for a hearing, take further action to obtain updated medical records and complete the administrative record, and issue a decision. The parties further agree that on remand, the adjudicator will evaluate the medical opinion evidence in accordance with 20 C.F.R. § 404.1520c, evaluate the severity of plaintiff's impairments, and the consider the effects plaintiff's impairments in accordance with the Social Security regulations.

       The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: January 16, 2025

2

| | |
|---|---|
| THE DEHAAN LAW FIRM P.C.<br>Attorney for Plaintiff<br>300 Rabro Drive East<br>Suite 101<br>Hauppauge, NY 11788 | CAROLYN POKORNY<br>Acting United States Attorney<br>Eastern District of New York<br>*Attorney for Defendant*<br>271 Cadman Plaza East, 7th Floor<br>Brooklyn, New York 11201 |
| */s/John W. DeHaan*<br>John W. DeHaan<br>(631) 582-1200<br>jdehaan@dehaan-law.com | */s/ Rebecca H. Estelle*<br>Rebecca H. Estelle<br>Special Assistant United States Attorney<br>SSA/OGC<br>(212) 264-2023<br>rebecca.estelle@ssa.gov |

SO ORDERED:


_____/s/ Nusrat J. Choudhury_____
HONORABLE NUSRAT J. CHOUDHURY
UNITED STATES DISTRICT JUDGE